UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | EDCV 19-00779-CJC (GJSx) | Date | February 16, 2021 |
|---|---|---|---|
| Title | Messiah Acosta v. The City of Hemet et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Cheryl Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present     None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATED NOTICE OF SETTLEMENT**

Having been advised by a Stipulation to Vacate Trial and Pretrial Deadlines Based on Settlement of Entire Action [34] stating that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

\_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk:   cw